## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHASERX, INC.,[1]<br><br>      Debtor. | Chapter 11<br><br>Case No. 17-12890 (CSS)<br><br>**Objection Deadline: December 26, 2017 at 4:00 p.m.**<br>**Hearing Date: December 27, 2017 at 2:00 p.m. (ET)**<br><br>**Re: Docket No. 12** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on December 11, 2017, the debtor and debtor in possession (the "**Debtor**") in the above-captioned chapter 11 case filed the *Motion of the Debtor for Entry of (I) An Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Successful Bidder, (C) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief* [Docket No. 12] (the "**Bid Procedures Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  A copy of the Bid Procedures Motion is being served contemporaneously with this notice.

**PLEASE TAKE FURTHER NOTICE** that on December 12, 2017, the Bankruptcy Court entered the *Order Shortening Notice and Objection Periods in Connection with the Motion*

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 0620. The address for the Debtor's headquarters is 410 West Harrison Street, Suite 300, Seattle, Washington 98119.

*of the Debtor for Entry of (I) An Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Successful Bidder, (C) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief* [Docket No. 29] (the "**Order Shortening Notice**").  A copy of the Order Shortening Notice is being served contemporaneously with this notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Shortening Notice, objections, if any, to the entry of an order approving the Bid Procedures Motion shall be filed and served in accordance with the Local Rules no later than **December 26, 2017 at 4:00 p.m. (ET)** (the "**Objection Deadline**") upon (a) PhaseRx, Inc., 410 West Harrison Street, Suite 300, Seattle, Washington 98119 (Attn: Dr. Robert W. Overell); (b) Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 (Attn: Christopher A. Ward and Shanti M. Katona); (c) counsel to the official committee of unsecured creditors, if one is appointed, (d) counsel to the Debtor's prepetition lender, Cole Schotz P.C., 25 Main Street, Hackensack, NJ 07601 (Attn: Stuart Komrower); and (e) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Brya M. Keilson).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Shortening Notice, a hearing on the Bid Procedures Motion will be held on **December 27, 2017 at 2:00 p.m. (ET)** before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th floor, Courtroom 6, Wilmington, Delaware 19801.

2

Only objections made in writing and timely filed and received by the Objection Deadline will be

considered by the Bankruptcy Court at such hearing.

     **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 12, 2017          POLSINELLI PC
      Wilmington, Delaware

     */s/ Shanti M. Katona*
     Christopher A. Ward (Del. Bar No. 3877)
     Shanti M. Katona (Del. Bar No. 5352)
     222 Delaware Avenue, Suite 1101
     Wilmington, Delaware 19801
     Telephone: (302) 252-0920
     Facsimile: (302) 252-0921
     Email:      cward@polsinelli.com
                  skatona@polsinelli.com

     *Proposed Counsel to the Debtor*
     *and Debtor in Possession*