# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PHASERX, INC.,[1] | Case No. 17-12890 (CSS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )  ss:
COUNTY OF KINGS       )

I, Frank Cardona Hernandez, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 12th day of December, 2017, I caused a true and accurate copy of the:

    (i) "Motion of the Debtor for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, And (E) Granting Related Relief; and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Successful Bidder, (B) Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief", along with the relevant exhibits (Docket No. 12),

    (ii) "Motion to Shorten Notice and Objection Periods in Connection with Motion of the Debtor for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 0620. The address for the Debtor's headquarters is 410 West Harrison Street, Suite 300, Seattle, Washington 98119.

PRX000003

the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Successful Bidder, (B) Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief", along with the proposed order (Docket No. 18),

(iii) "Order to Shorten Notice and Objection Periods in Connection with Motion of the Debtor for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Successful Bidder, (B) Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief" (Docket No. 29), and the

(iv) "Order Granting to Shorten Notice and Objection Periods in Connection with Motion of the Debtor for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Successful Bidder, (B) Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief", along with the relevant exhibit (Docket No. 34),

to be served via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 1, and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 2, attached hereto.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 13th day of December, 2017 at Brooklyn, New York.

By _____
Frank Cardona Hernandez

Sworn before me this
13th day of December, 2017

_____
Notary Public

> SUNG JAE KIM
> NOTARY PUBLIC STATE OF NEW YORK
> QUEENS COUNTY
> LIC. #01KI6211176
> COMM. EXP. September 14, 2021

PRX000003

**EXHIBIT 1**

# PhaseRx, Inc.
## Federal Express
### Exhibit Page

Page # : 1 of 1                                                                                              12/12/2017 06:43:29 PM

| | | | |
|---|---|---|---|
| 000021P002-1386S-003<br>BARRY KAPLAN<br>623 RIVER ROAD<br>SUITE 200<br>FAIR HAVEN NJ 07704 | 000022P001-1386S-003<br>BEACON HILL FINANCIAL<br>RIKKI DENNISTON<br>701 5TH AVENUE<br>42ND FLOOR<br>SEATTLE WA 98104 | 000019P001-1386S-003<br>COLE SCHOTZ P.C.<br>STUART KOMROWER<br>25 MAIN STREET<br>HACKENSACK NEW JERSEY 07601 | 000018P001-1386S-003<br>DELAWARE ATTORNEY GENERAL<br>MATTHEW DENN<br>820 N FRENCH STREET<br>CARVEL STATE OFFICE BUILDING<br>WILMINGTON DE 19801 |
| 000013P001-1386S-003<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON BANKR ADMIN<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000011P001-1386S-003<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000012P001-1386S-003<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD STE 100<br>DOVER DE 19904 | 000023P001-1386S-003<br>H.C. WAINWRIGHT & CO LLC<br>KENNETH KIRSCH<br>430 PARK AVENUE<br>NEW YORK NY 10022 |
| 000020P002-1386S-003<br>HERCULES CAPITAL, INC., AS AGENT<br>400 HAMILTON AVE<br>STE 310<br>PALO ALTO CA 94301 | 000005P001-1386S-003<br>INTERNAL REVENUE SVC<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000015P001-1386S-003<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000006P002-1386S-003<br>OFFICE OF THE US TRUSTEE<br>BRYA KEILSON<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 |
| 000024P001-1386S-003<br>PETERSON SULLIVAN<br>MARK RAKER<br>601 UNION STREET<br>SUITE 2300<br>SEATTLE WA 98101 | 000025P001-1386S-003<br>PHOENIX LAB<br>GINA PITTS<br>4338 HARBOUR POINTE BLVD SW<br>MUKILTEO WA 98275 | 000008P001-1386S-003<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  A CALAMARI REG DIR<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000009P001-1386S-003<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F STREET NE<br>WASHINGTON DC 20549 |
| 000017P001-1386S-003<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000026P001-1386S-003<br>THE JACKSON LABORATORY<br>PATRICIA WILLIAMS<br>600-610 MAIN STREET<br>BAR HARBOR ME 04609 | 000010P001-1386S-003<br>US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N ORANGE ST<br>WILMINGTON DE 19801 | 000016P001-1386S-003<br>US EPA REG 3 OFFICE OF REG COUNSEL<br>BETTINA DUNN PARALEGAL SPECIALIST<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 |
| 000028P001-1386S-003<br>WILSON SONSINI GOODRICH AND ROSATI<br>PATRICK SCHULTHEIS<br>701 5TH AVENUE<br>#5100<br>SEATTLE WA 98104 | | | |

Records Printed :     21

**EXHIBIT 2**

**PhaseRx, Inc.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                                                         12/12/2017 06:37:59 PM

| 000014P001-1386S-003 | 000004P001-1386S-003 | 000007P001-1386S-003 | 000027P001-1386S-003 |
|---|---|---|---|
| FRANCHISE TAX BOARD | INTERNAL REVENUE SVC | SECRETARY OF STATE | WASTE MANAGEMENT |
| BANKRUPTCY SECTION MS:A-340 | CENTRALIZED INSOLVENCY OPERATION | DIV OF CORPORATIONS FRANCHISE TAX | PO BOX 43290 |
| PO BOX 2952 | PO BOX 7346 | PO BOX 898 | PHOENIX AZ 85080- |
| SACRAMENTO CA 95812 | PHILADELPHIA PA 19101 | DOVER DE 19903- | |

Records Printed :        4