# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PHASERX, INC.,[1] | Case No. 17-12890 (CSS) |
| Debtor. | **Re: Docket No. 95** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the above-captioned debtor and debtor in possession hereby withdraws its *Motion of Debtor to Establish a Distribution Record Date for Distribution to All Equity Security Holders* [Docket No. 95].

| | |
|---|---|
| Dated: January 18, 2018<br>Wilmington, Delaware | POLSINELLI PC<br><br>*/s/ Shanti M. Katona*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email:     cward@polsinelli.com<br>            skatona@polsinelli.com<br><br>*Counsel to the Debtor*<br>*and Debtor in Possession* |

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 0620. The address for the Debtor's headquarters is 410 West Harrison Street, Suite 300, Seattle, Washington 98119.

61776069.1