# SIGN-IN SHEET

**CASE NAME: PhaseRx**  
**CASE NO: 17-12890 (CSS)**

**COURTROOM LOCATION: 6**  
**DATE: 1/31/17 at 11:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | Debtor |
| Shanti Katona | Polsinelli | Debtor |
| Thomas Kovach | A.M. Saccullo | Creditor (?) |
| Michael Klein | Cooley LLP | Creditor (?) |
| KATHERINE DEVANEY | Cole Schotz | Hercules Capital, Inc |
| Stuart Komrower | " " | " " |
| Bryan Keilson | DOJ-OUST | UST |
| Christine Walsh | Mayer Brown | ARE Seattle No.10, LLC |
| Chris Samis | WTP | |
| Robert Overall x telephonic | | |
| Howard Steel " | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**